March 24, 1977.

M. P. No. 76-441.   NARRAGANSETT ELECTRIC COMPANY *v.* EDWARD F. BURKE *et al.* Petitioner's motion to remand this case to the Public Utilities Commission is assigned to the calendar for April 7, 1977, 9:30 a.m. for oral argument. *Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Special Asst. Attorney General, for Public Utilities Commission. *Dennis J. Roberts II, Roberts & Willey,* for Rhode Island Consumers' Council. *John F. Sherlock, Jr.,* for The Greater Providence Chamber of Commerce. *John M. Mola, Rhode Island Legal Services, Inc.,* for Coalition for Consumer Justice.

M. P. No. 77-91.   STATE *v.* RONALD J. CABRAL. Petition for certiorari is denied. *Julius C. Michaelson,* Attorney General, *John R. McDermott,* Special Asst. Attorney General, for plaintiff-respondent. *Aram K. Berberian,* for defendant-petitioner.

C. A. No. 76-77.   STATE *v.* FRANCIS J. PAQUETTE. Petition for reargument is denied. *Julius C. Michaelson,* Attorney General, *John R. McDermott,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst, John A. MacFadyen III,* Asst. Public Defenders, for defendant.